1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   CARIN C. DURYEE
3  Assistant U.S. Attorneys
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Carin.duryee@usdoj.gov
6  Attorneys for Plaintiff

**FILED**

2022 AUG 31  PM 5: 31

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01910 TUC-SHR(EJM)

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF ARIZONA

9

| United States of America, | **INDICTMENT** |
|---|---|
10 | | |
| Plaintiff, | Violation: |
11 | | 18 U.S.C. § 2252(a)(1) and (b) |
| vs. | (Transportation of Child Pornography) |
12 | | Count One |
13 | Billy Donat Bateman, | 18 U.S.C. § 2252(a)(2) and (b) |
| | (Receipt of Child Pornography) |
14 | Defendant. | Count Two |
15 | | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| | (Possession of Child Pornography) |
16 | | Count Three |

17

18                                         VICTIM CASE

19

20

21  **THE GRAND JURY CHARGES:**

22                              <u>COUNT ONE</u>

23          **TRANSPORTATION OF CHILD PORNOGRAPHY**

24      On or about October 16, 2016, in the District of Arizona, BILLY DONAT

25  BATEMAN, using any means or facility of interstate and foreign commerce, including

26  by computer, did knowingly transport child pornography, that is, visual depictions, the

27  production of which involved the use of minors engaging in sexually explicit conduct, as

28  defined in Title 18, United States Code, Section 2256(2), and which depicted such

conduct, and which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"imgsrc.ru_505305430Vo.jpg"

"imgsrc.ru_50530544BmR.jpg"

"imgsrc.ru_50530558EoW.jpg"

"imgsrc.ru_50530566kNr.jpg" and

"imgsrc.ru_50530570RfY.jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(1) and (b).

## COUNT TWO

### RECEIPT OF CHILD PORNOGRAPHY

On or about April 18, 2013, within the District of Arizona and elsewhere, the defendant, BILLY DONAT BATEMAN, using any means or facility of interstate or foreign commerce, did knowingly receive child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted pre-pubescent minors, and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to:

"20100719(003)(1).mp4"

"dads lilslut bj.3gp"

"webcams-59.mp4" and

"- Aroused Moaning 7Yr Old Getting It Good - T.mpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

## COUNT THREE

### POSSESSION OF CHILD PORNOGRAPHY

On or about July 22, 2019, in the District of Arizona, BILLY DONAT BATEMAN did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, BILLY DONAT BATEMAN knowingly possessed a custom-built desktop computer containing a Western Digital hard drive (s/n WMC6Y0KALA80) which contained child pornography videos and images, including, but not limited to, the following files:

"imgsrc.ru_62509169WkV[32381].jpg"

"imgsrc.ru_62509183xYk[32380].jpg"

"imgsrc.ru_62509249YlB[32376].jpg"

"imgsrc.ru_62510111cPt[32362].jpg"

"imgsrc.ru_62594899MfY[30498].jpg" and

"imgsrc.ru_62594904ZnG[30496].jpg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: August 31, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

CARIN C. DURYEE
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Billy Bateman*
*Indictment Page 3 of 3*